UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  21-05975 |
| | ) | |
| Leticia Arias, | ) | Chapter: 13 |
| | ) | Honorable Jacqueline P Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING MOTION TO MODIFY PLAN AND DEFER ARREARS**

This matter coming to be heard on the Debtor's Motion to Modify Plan and Defer Arrears, due notice having been given and the Court being fully advised in the premises;

IT IS HEREBY ORDERED:

1. The Debtor's Motion to Modify Plan and Defer Arrears is GRANTED.
2. The Debtor's confirmed plan is modified as follows:
    a. The default accruing through September 2022 is deferred. Effective immediately, the trustee payment is modified to $170.00 for 44 months.
    b. The dividend to the general unsecured creditors is modified to 15%.
    c. The plan base is reduced to $11,429.29.
    d. That all other plan terms shall remain unchanged.
3. The trustee shall not be required to perform collections on behalf of creditors pursuant to any prior confirmed plan.

Enter: *Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: October 17, 2022

**Prepared by:**

Ted A. Smith
Smith Ortiz PC  #6271456
4309 W. Fullerton Ave.
Chicago, IL 60639
773-384-7400
ted.smith@smithortiz.com